IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CURTIS LEE CANTRELL and | ) | Case No. 05-64044-ABF |
| JENIFER KAY CANTRELL, | ) | |
| | ) | |
| Debtor(s). | ) | |

**MOTION FOR ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY**

COMES NOW Dan Nelson, Trustee in Bankruptcy, and moves the Court for an Order to deposit funds into the Court Registry as follows:

1. It appears that there is on deposit in The Bank of New York Mellon to the credit of the above-captioned estate, the sum of $8,983.41, which is the sum of one (1) check to unsecured creditor from the final distribution of said cause as follows:

| Claim No. | Creditor/Address | Total to be Paid |
|---|---|---|
| 2-1 | AES/DDB<br>American Educations Services<br>1200 N. 7th St.  Attn: DDB Team 2nd FL<br>Harrisburg, PA  17104-1444 | $8,983.41 |
| | **Total:** | **$8,983.41** |

WHEREFORE, the Trustee requests an Order of the Court to deposit funds into the Court Registry as listed above.

/s/ Dan Nelson
Dan Nelson, Trustee
PO Box 4288
Springfield, MO 65808-4288
(417) 886-2000 FAX 886-9126

17469295v1